UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LLEWELLYN,

          Plaintiff,

   v.

JACKY JIAN, et al.,

          Defendants.

Case No. 24-cv-04220-DMR

**ORDER OF CONDITIONAL DISMISSAL**

      The court has been notified of the settlement of this action by the parties' Status Report (Docket No. 25), and it appears that no issue remains for the court's determination.

      IT IS HEREBY ORDERED that this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 30 days of this order. All scheduled dates are VACATED.

      **IT IS SO ORDERED**.

Dated: March 4, 2025

_____
DONNA M. RYU
Chief Magistrate Judge

United States District Court
Northern District of California